# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DARREN A. LUNFORD, | ) | 2:12-cv-01068-JCM-GWF |
| Plaintiff, | ) | |
| | ) | **SCREENING ORDER** |
| vs. | ) | |
| | ) | |
| GRANT LEE, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Prior to September 24, 2012, the parties in this 42 U.S.C. § 1983 had been pursuing settlement and the action had been stayed for that purpose. Defendant has filed a notice of the status of the case and those settlement efforts (ECF No. 8) wherein the defendant seeks an additional thirty days stay in hopes of resolving the issues and settling the case. Good cause appearing,

**IT IS THEREFORE ORDERED** that the stay of these proceedings shall be enlarged an additional thirty days. The parties, through defendant, shall inform the court at that time whether settlement has been reached or the parties intend to proceed with the litigation.

**IT IS SO ORDERED**.

DATED:   September 25, 2012.

_____
UNITED STATES MAGISTRATE JUDGE